B1 (Official Form 1) (12/11)

| United States Bankruptcy Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):
**Dhillon Hospitality, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle):
**None** |
|---|---|
| All Other Names used by the Debtor in the last 8 years
(include married, maiden, and trade names):
**dba Holiday Inn Express** | All Other Names used by the Joint Debtor in the last 8 years
(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **45-3436357** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):
**8000 Warren Parkway**
**Suite 206**
**Frisco, TX**          ZIP CODE **75034** | Street Address of Joint Debtor (No. and Street, City, and State):
ZIP CODE |
| County of Residence or of the Principal Place of Business:
**COLLIN** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):
**8000 Warren Parkway**
**Suite 206**
**Frisco, TX**          ZIP CODE **75034** | Mailing Address of Joint Debtor (if different from street address):
ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):
**2407 Phillips Drive**
**Jonesboro, AR**          ZIP CODE **72401** | |

| Type of Debtor
(Form of Organization)
(Check one box.) | Nature of Business
(Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other | ☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity
(Check box, if applicable.)
☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts
(Check one box.)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."          ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Check one box:          Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
----------------
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (12/11)                                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Dhillon Hospitality, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____<br>    (Name of landlord that obtained judgment)

    _____<br>    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2013 (Build 9.1.65.1, ID 3308828119)*

B1 (Official Form 1) (12/11)                                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s):   **Dhillon Hospitality, LLC** |
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  **/s/ Arthur Ungerman**
_____
**Arthur Ungerman**                    Bar No. **20391000**

**Arthur I. Ungerman
8140 Walnut Hill Lane
Suite 301
Dallas, TX 75231**

Phone No.**(972) 239-9055**          Fax No.**(972) 239-9886**

4/1/2013
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Dhillon Hospitality, LLC**

X  **/s/ Jagmohan Dhillon**
_____
Signature of Authorized Individual

**Jagmohan Dhillon**
_____
Printed Name of Authorized Individual

**Attorney in Fact**
_____
Title of Authorized Individual

**4/1/2013**
_____
Date

_____
Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2013 (Build 9.1.65.1, ID 3308828119)*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Dhillon Hospitality, LLC**                                          CASE NO

                                                                            CHAPTER    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$20,000.00** |
| Prior to the filing of this statement I have received: | **$20,000.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **4/1/2013** | **/s/ Arthur Ungerman** | |
|---|---|---|
| *Date* | *Arthur Ungerman* | Bar No.  20391000 |
| | Arthur I. Ungerman | |
| | 8140 Walnut Hill Lane | |
| | Suite 301 | |
| | Dallas, TX 75231 | |
| | Phone: (972) 239-9055 / Fax: (972) 239-9886 | |

---

  **/s/ Jagmohan Dhillon**

*Jagmohan Dhillon*
*Attorney in Fact*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE:   **Dhillon Hospitality, LLC**                                        CASE NO

                                                                                    CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/1/2013 _____                     Signature __/s/ Jagmohan Dhillon_____
                                                                                    *Jagmohan Dhillon*
                                                                                    *Attorney in Fact*

Date _____                       Signature _____

A-1 Landscaping
PO BOX 93
Bay, AR 72411


American Hotel Register Company
PO Box 71299
Chicago, IL 60694-1299


Arkansas Department of Labor
Elevator Safety Division
10421 West Markham
Little Rock, AR 72205-2190


Arkansas Dept. of Workforce Service
#2 Capitol Mall
Little Rock, Arkansas 72201


AT& T Global Network Services, LLC
PO Box 5091
Carol Stream, IL 60197-5091


AT&T OneNet Service
AT&T PO Box 5094
Carol Stream, IL 60197-5094


Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548


Balraj Singh
4001 Bella Tuscany Drive
Modesto, CA 95356


Bank of the West
P.O. Box 515274
Los Angeles, CA 90051

Business Speciality Insurance Services
20501 Katy Freeway
Suite 100F
Katy, TX 77450

Centerpoint Energy
P O Box 2628
Houston, TX 77252-2628

Cincinnati Systems/Mid-States
PO Box 27168
Memphis, Tennessee 38167

City of Jonesboro
City Collector's Office
515 W. Washington
PO Box 1845
Jonesboro, AR 72403

City Water & Lights
PO Box 1289
Jonesboro, Arkansas 72403-1289

Comptroller of Public Accts
Rev Acctg Div Bankruptcy Dept
PO Box 13528
Austin, TX 78711

Craighead County Collector
Janiece Robbins
PO Box 9276
Jonesboro, AR 72403

Creative Business Audio
7012 Madison Ave.
Suite A
Des Moines, IA 50322

Department of Finance and Administration
PO Box 8123
Little Rock, AR 72203

Department of Finance and Administration
1509 West 7th Street
Little Rock, AR 72201


Ecolab
PO Box 6007
Grand Forks, ND 58206-6007


Ecolab Pest Elimination Division
26252 Network Place
Chicago, IL 60673-1262


G&K Jonesboro
PO Box 2190
Jonesboro, AR 72402-0000


Gurinder Singh
3380 Printemps Way
Modesto, CA 95356


HelmsBriscoe USA Corporate
20875 N. 90th Place
Scottsdale AZ 85255


Internal Revenue Service
MC 5030 DAL, Bankruptcy
1100 Commerce Street
Dallas, TX 75242


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jaspreet Dhillon
8000 Warren Parkway
Suite 206
Frisco, TX 75034

Jonesboro Sun
c/o Paxton Media Group
PO BOX 1200
Paducah KY 42002


Kroger
PO Box 536427
Atlanta GA 30353-6427


Lamar Companies
PO Box 96030
Baton Rouge, LA 70896


Marck Recycling & Waste -NE Arkansas LLC
6734 Hwy 141 North
Jonesboro, AR 72401


Narinder Dhillon
8000 Warren Parkway
Suite 206
Frisco, TX 75034


NEA Baptist Clinic Wellness Center
2617 Phillips Drive
Jonesboro, AR 72401


Onity Lockbox
223067 Pittsburgh
PA 15251-2067


Ovation Network
222 3rd Ave. SE
Suite 276
Cedar Rapids, IA 52401


Premium Refreshment Service
PO Box 15238
Little Rock, AR 72231

Ritter Communications, Inc.
Attn: Payment Processing
PO Box 7510
Jonesboro, AR 72403-7510


Robert Gibson
Waddell Cole & Jones P.A.
300 S. Church Street
Post Office Box 1700
Jonesboro, AR 72403

Royal Cup Coffee
PO Box 170971
Birmingham, AL 35217


Rupinder Dhillon
28214 Leaf Drive
Tracy, CA 95304


Scent Air
75 Remittance Dr
Suite 6542
Chicago, IL 60675-6542


Small Business Administration
PO Box 1289
Bowling Green Station
New York, NY 10274


Suddenlink Business
PO Box 660365
Dallas, TX 75266-0365


Surinder Singh
3706 Bilsted Way
Sacramento, CA 95834


Sysco
PO Box 18872
Memphis, TN 38181-0872

Sysco Guest Supply
PO Box 910
Monmouth Junction, NJ 08852-0910


Tejinderit Hundal
1325 Moffet Road
Modesto, CA 95351


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001


The Sherwin-Williams Co.
1608 S Caraway Rd
Jonesboro, AR 72401-5395


Thyssekrupp Elevator Corp.
PO Box 933004
Atlanta GA 31193-3004


U. S. Attorney
700 Nations Bank Tower
110 N. College Ave.
Tyler, TX 75702


U. S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702


United States Small Admin.
c/o Andrew Baka
4300 Amon Carter Blvd., Ste. 114
Fort Worth, Texas 76115


US Foodservice
PO Box 281834
Atlanta 30384-1834

```
USA Today
PO Box 677446
Dallas, TX 75267-7446
```