| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 13-40845<br>Eastern District of Texas<br>Sherman<br>Fri May  9 17:37:48 CDT 2014 | % AT&T Services, Inc.<br>Karen A. Cavagnaro Lead Paralegal<br>One AT&T Way, Room 3A 231<br>Bedminster, NJ 07921-2693 | A-I Landscaping<br>PO BOX 93<br>Bay, AR 72411-0093 |
| AT& T Global Network Services, LLC<br>PO Box 5091<br>Carol Stream, IL 60197-5091 | AT&T OneNet Service<br>PO Box 5094<br>Carol Stream, IL 60197-5094 | AT&T OneNet Service<br>AT&T PO Box 5094<br>Carol Stream, IL 60197-5094 |
| American Hotel Register Company<br>PO Box 71299<br>Chicago, IL 60694-1299 | Arkansas Department of Finance and Admin.<br>Legal Counsel Room 2380<br>P O Box 1272<br>Little Rock, AR 72203-1272 | Arkansas Department of Labor<br>Elevator Safety Division<br>10421 West Markham<br>Little Rock, AR 72205-1583 |
| Arkansas Dept. of Workforce Service<br>#2 Capitol Mall<br>Little Rock, Arkansas 72201-1013 | Attorney General of Texas<br>Bankruptcy Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Balraj Singh<br>4001 Bella Tuscany Drive<br>Modesto, CA 95356-9339 |
| Andrew F. Baka<br>Special Assistant US Atty<br>US Small Business Administration<br>4300 Amon Carter Blvd. Ste. 114<br>Ft. Worth, TX 76155-2652 | Evan R. Baker<br>1601 Elm Street<br>Suite 3000<br>Dallas, TX 75201-4757 | Balraj Singh<br>11311 Misty Morning<br>Pearland, TX 77584-8269 |
| Bank of the West<br>c/o David S. Elder<br>Gardere Wynne Sewell LLP<br>1000 Louisiana<br>Suite 3400<br>Houston, TX 77002-5011 | Bank of the West<br>P.O. Box 515274<br>Los Angeles, CA 90051-6574 | Business Speciality Insurance Services<br>20501 Katy Freeway<br>Suite 100F<br>Katy, TX 77450-1939 |
| Business Specialty Insurance Services<br>20501 Katy Freeway, Suite 100F<br>Katy, TX 77450-1939 | Centerpoint Energy<br>P.O. Box 2628<br>Houston, TX 77252-2628 | Centerpoint Energy<br>PO Box 1700<br>Houston, TX 77251-1700 |
| Cincinnati Systems/Mid-States<br>PO Box 27168<br>Memphis, TN 38167-0168 | Cincinnati Systems/Mid-States<br>PO Box 27168<br>Memphis, Tennessee 38167-0168 | City Water & Lights<br>PO Box 1289<br>Jonesboro, AR 72403-1289 |
| City Water & Lights<br>PO Box 1289<br>Jonesboro, Arkansas 72403-1289 | City of Jonesboro<br>City Collector's Office<br>515 W. Washington<br>PO Box 1845<br>Jonesboro, AR 72403-1845 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Craighead County Collector<br>Janiece Robbins<br>PO Box 9276<br>Jonesboro, AR 72403-9276 | Craighead County Tax Collector<br>PO Box 9276<br>Jonesboro, AR 72403-9276 | Creative Business Audio<br>7012 Madison Ave.<br>Suite A<br>Des Moines, IA 50322-2664 |

| | | |
|---|---|---|
| Aaron E. Davis<br>161 N. Clark St., Ste. 4300<br>Chicago, IL 60601-3315 | Department of Finance and Administration<br>1509 West 7th Street<br>Little Rock, AR 72201-4222 | Department of Finance and Administration<br>PO Box 8123<br>Little Rock, AR 72203-8123 |
| Dhillon Hospitality, LLC<br>8000 Warren Parkway<br>Suite 206<br>Frisco, TX 75034-2292 | John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Ecolab<br>PO Box 6007<br>Grand Forks, ND 58206-6007 |
| Ecolab Pest Elimination Division<br>26252 Network Place<br>Chicago, IL 60673-1262 | Ecolab Pest Elimination, Inc.<br>26252 Network Place<br>Chicago, IL 60673-1262 | David S. Elder<br>Gardere Wynne Sewell LLP<br>1000 Louisiana, Suite 3400<br>Houston, TX 77002-5011 |
| William A. Frazell<br>300 West 15th St., 8th Floor<br>Austin, TX 78701-1649 | G&K Jonesboro<br>PO Box 2190<br>Jonesboro, AR 72402-2190 | G&K Services<br>PO Box 2190<br>Jonesboro, AR 72402-2190 |
| Geoff W. Hetley<br>103 East Park Street<br>P.O. Box 155<br>Olathe, KS 66051-0155 | Courtney L. Gilbert<br>Alston & Bird, LLP<br>2828 N. Harwood Street<br>Suite 1800<br>Dallas, TX 75201-2139 | Gurinder Singh<br>3380 Printemps Way<br>Modesto, CA 95356 |
| Gurinderpal Singh<br>11403 Soft Breeze Court<br>Pearland, TX 77584-8279 | HelmsBrisco USA Corporate<br>20875 N. 90th Place<br>Scottsdale, AZ 85255-9161 | HelmsBriscoe USA Corporate<br>20875 N. 90th Place<br>Scottsdale AZ 85255-9161 |
| Holiday Hospitality Franchising, LLC<br>Alston & Bird LLP<br>c/o Leib M. Lerner<br>333 South Hope Street, Sixteenth Floor<br>Los Angeles, CA 90071-1410 | Holiday Hospitality Franchising, LLC<br>c/o Nimesh Patel<br>3 Ravinia Drive, Suite 100<br>Atlanta, GA 30346-2121 | Intercontinental Hotel Group<br>Three Ravinia Dr.<br>Suite 200<br>Atlanta, GA 30346-2151 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Interstate Publishers, Inc.<br>dba Midwest TravelBuddy<br>8014 State Line Road<br>Leawood, KS 66208-3723 | Jaspreet Dhillon<br>8000 Warren Parkway<br>Suite 206<br>Frisco, TX 75034-2292 |
| Jonesboro Sun<br>c/o Paxton Media Group<br>PO BOX 1200<br>Paducah KY 42002-1200 | Kroger<br>PO Box 536427<br>Atlanta, GA 30353-6427 | Lamar Advertising Company<br>Credit Department<br>P.O. Box 66338<br>Baton Rouge, LA 70896-6338 |
| Lamar Companies<br>PO Box 96030<br>Baton Rouge, LA 70896-9030 | Leib M. Lerner<br>Alston & Bird LLP<br>333 South Hope St., 16th Floor<br>Los Angeles, CA 90071-1410 | Joyce W. Lindauer<br>8140 Walnut Hill Lane<br>Suite 301<br>Dallas, TX 75231-4328 |

| | | |
|---|---|---|
| Marck Recycling & Waste -NE Arkansas LLC<br>6734 Hwy 141 North<br>Jonesboro, AR 72401-0323 | Montgomery County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Montgomery County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx. 77253-3064 |
| NEA Baptist Clinic Wellness Center<br>2617 Phillips Drive<br>Jonesboro, AR 72401-7331 | Narinder Dhillon<br>8000 Warren Parkway<br>Suite 206<br>Frisco, TX 75034-2292 | Timothy W. O'Neal<br>Office of the U.S. Trustee<br>110 N. College Ave., Ste. 300<br>Tyler, TX 75702-7231 |
| Onity Lockbox<br>223067 Pittsburgh<br>PA 15251-2067 | Ovation Network<br>222 3rd Ave. SE<br>Suite 276<br>Cedar Rapids, IA 52401-1541 | Premium Refreshment Service<br>PO Box 15238<br>Little Rock, AR 72231-5238 |
| Benjamin H. Price<br>Gardere Wynne Sewell LLP<br>1601 Elm St., Ste. 3000<br>Dallas, TX 75201-4761 | Ritter Communication, Inc.<br>2400 Ritter Drive<br>Jonesboro, AR 72401-6241 | Ritter Communications, Inc.<br>Attn: Payment Processing<br>PO Box 7510<br>Jonesboro, AR 72403-7510 |
| Robert Gibson<br>Waddell Cole & Jones P.A.<br>300 S. Church Street<br>Post Office Box 1700<br>Jonesboro, AR 72403-1700 | Royal Cup Coffee<br>PO Box 170971<br>Birmingham, AL 35217-0971 | Rupinder Dhillon<br>28214 Leaf Drive<br>Tracy, CA 95304-8120 |
| Rupinder Dhillon<br>3309 Vancouver Drive<br>Modesto, CA 95355-9754 | Scent Air<br>75 Remittance Dr<br>Suite 6542<br>Chicago, IL 60675-6542 | Kerry Simmons<br>8140 Walnut Hill Lane, Suite 301<br>Dallas, TX 75231-4328 |
| Small Business Administration<br>PO Box 1289<br>Bowling Green Station<br>New York, NY 10274-1289 | Small Business Administration<br>2120 Riverfront Drive<br>Suite 100<br>Little Rock, AR 72202-1794 | Suddenlink Business<br>PO Box 660365<br>Dallas, TX 75266-0365 |
| Suddenlink Business<br>PO Box 660365<br>Dallas, TX 75266-0365 | Surinder Singh<br>3706 Bilsted Way<br>Sacramento, CA 95834 | Surinder Singh<br>3706 Blisted Way<br>Sacramento, CA 95834-3805 |
| Sysco<br>PO Box 1872<br>Memphis, TN 38101-1872 | Sysco<br>PO Box 18872<br>Memphis, TN 38181-0872 | Sysco Guest Supply<br>PO Box 910<br>Monmouth Junction, NJ 08852-0910 |
| Sysco Memphis LLC<br>Attn: Bill Duke<br>4359 BF Goodrich Boulevard<br>Memphis, TN 38118-7306 | Tejinderit Hundal<br>1325 Moffet Road<br>Modesto, CA 95351-4953 | Texas Workforce Commission<br>101 East 15th Street<br>Austin, TX 78778-0001 |

| | | |
|---|---|---|
| The Kroger Co<br>attn Law Dept/Wagner<br>1014 Vine St<br>Cincinnti OH 45202-1100 | The Sherwin-Williams Co<br>1608 S. Caraway Rd.<br>Jonesboro, AR 72401-5373 | ThyssenKrupp Elevator<br>c/o CST CO<br>P. O. Box 224768<br>Dallas, TX 75222-4768 |
| Thyssenkrupp Elevator Corp.<br>PO Box 93004<br>Atlanta, GA 30377-0004 | U. S. Attorney<br>700 Nations Bank Tower<br>110 N. College Ave.<br>Tyler, TX 75702-7226 | U. S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | U.S. SMALL BUSINESS ADMINISTRATION<br>LITTLE ROCK SERVICING CENTER<br>2120 RIVERFRONT DRIVE, SUITE 100<br>LITTLE ROCK, ARKANSAS 72202-1794 | US FoodService, Inc.<br>PO Box 281834<br>Atlanta, GA 30384-1834 |
| US Foods Inc. c/o Leslie Allen Bayles<br>Bryan Cave LLP<br>161 North Clark Street, Suite 4300<br>Chicago, Illinois 60601-3430 | US Foodservice<br>PO Box 281834<br>Atlanta 30384-1834 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| USA Today<br>PO Box 677446<br>Dallas, TX 75267-7446 | Arthur I. Ungerman<br>Arthur I. Ungerman, Attorney at Law<br>8140 Walnut Hill Lane<br>Suite 301<br>Dallas, TX 75231-4328 | United States Small Admin.<br>c/o Andrew Baka<br>4300 Amon Carter Blvd., Ste. 114<br>Fort Worth, Texas 76155-2652 |
| United States Small Business Administration<br>4300 Amon Carter Blvd., Suite 114<br>Fort Worth, TX 76155-2652 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Comptroller of Public Accts<br>Rev Acctg Div Bankruptcy Dept<br>PO Box 13528<br>Austin, TX 78711 | (d)Texas Comptroller of Public Accounts<br>Revenue Accounting Division<br>Bankrutpcy Section<br>P.O. Box 13528<br>Austin, TX 78711-3528 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)AT&T Global Network Services, LLC<br>PO Box 5091<br>Carol Stream, IL 60197-5091 | (d)American Hotel Register Company<br>PO Box 71299<br>Chicago, IL 60694-1299 | (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

(d)Kroger
PO Box 536427
Atlanta GA 30353-6427

(d)Marck Recycling & Waste-NE Arkansas LLC
6734 Hwy 141 North
Jonesboro, AR 72401-0323

(d)Ritter Communications, Inc.
Attn: Payment Processing
PO Box 7510
Jonesboro, AR 72403-7510

(d)Royal Cup Coffee
PO Box 170971
Birmingham, AL 35217-0971

(d)Small Business Administration
PO Box 1289
Bowling Green Station
New York, NY 10274-1289

(d)Sysco Guest Supply
PO Box 910
Monmouth Junction, NJ 08852-0910

(d)The Sherwin-Williams Co.
1608 S Caraway Rd
Jonesboro, AR 72401-5373

End of Label Matrix
Mailable recipients   105
Bypassed recipients    10
Total                 115