IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **DHILLON HOSPITALITY, LLC,** | § | **CASE NO. 13-40845-btr** |
| | § | **Chapter 11** |
| Debtor. | § | |
| | § | **HEARING DATE** |
| | § | **HEARING TIME** |

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION PURSUANT TO SECTIONS 105(A) and 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6004 FOR ENTRY OF ORDER APPROVING SALE OF DEBTOR'S ASSETS**

CAME ON FOR CONSIDERATION the *Debtor's Emergency Motion Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 6004 for Entry of Order Approving Sale of Debtor's Assets* by Dhillon Hospitality, LLC, the Debtor in the above-styled and numbered case. The Court, for the reasons stated on the record, finds that good cause exists for the entry of the following Order. It is, therefore

**ORDERED, ADJUDGED AND DECREED** that the Debtor's *Emergency Motion Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 6004 for Entry of Order Approving Sale of Debtor's Assets* is hereby GRANTED.

_____
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE