**Law Office of Arthur Ungerman**
Arthur I. Ungerman
State Bar No. 20391000
Kerry S. Alleyne-Simmons
State Bar No. 24066090
8140 Walnut Hill Lane, Suite 301
Dallas, Texas 75231
Telephone: (972) 239-9055
Facsimile: (972) 239-9886

**Law Office of Joyce W. Lindauer**
Joyce W. Lindauer
State Bar No. 21555700
Attorneys at Law
8140 Walnut Hill Lane, Suite 301
Dallas, Texas 75231
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **DHILLON HOSPITALITY, LLC,** | § | **CASE NO. 13-40845-btr** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

### AFFIDAVIT OF JAGMOHAN DHILLON

STATE OF TEXAS        )
                      )
COUNTY OF DALLAS      )

BEFORE ME the undersigned authority, on this day personally appeared the undersigned affiant, who by me sworn, oath stated:

1.  Dhillon Management Company, LLC manages properties and its office is at 8000 Warren Parkway, Suite 206, Frisco, TX 75034.

2.  Dhillon Management Company, LLC does not hold a claim against Dhillon Hospitality, LLC for services provided prior to the filing of this bankruptcy case.

Page 1

3. To the best of my knowledge each member and associate of Dhillon Management Company, LLC, is presently a disinterested person as defined in Section 101 (14) of Bankruptcy Code. I am not a creditor or an employee of the office of the U.S. Trustee.

EXECUTED this August 14, 2014

_____
Dhillon Management, LLC
By: Jagmohan Dhillon, Managing Member

Subscribed and sworn to before me this August 14, 2014.

_____
Notary Public
Printed Name: Dana Joann Byrd

My Commission Expires:
4/14/15
Dated: 8/14/14

DANA JOANN BYRD
Notary Public, State of Texas
My Commission Expires
April 14, 2015

Page 2