IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **DHILLON HOSPITALITY, LLC,** | § | CASE NO. 13-40845-btr |
| | § | Chapter 11 |
| Debtor. | § | |

## ORDER GRANTING MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE

CAME ON FOR CONSIDERATION, the Motion to Dismiss Chapter 11 Bankruptcy Case filed by **DHILLON HOSPITALITY, LLC** ("Debtor"), and after notice to creditors and parties in interest, and there being no objections, the Court grants the motion; it is accordingly:

ORDERED, ADJUDGED AND DECREED that this case is hereby dismissed and that Jagmohan Dhillon has agreed to pay $300,000.00 to the Debtor's estate to pay its administrative expenses and priority creditors in full and to pay the US Small Business Administration ("SBA") and general unsecured creditors the remainder on a pro rata basis.

It is further, ORDERED, ADJUDGED AND DECREED that payment to the SBA shall be disbursed by wire transfer within two days following the entry of this Order.

It is further, ORDERED, ADJUDGED AND DECREED that payment to all other creditors shall be made within seven days following the entry of this Order.

It is further, ORDERED, ADJUDGED AND DECREED that the proposed distributions shall be made in the amounts set forth on Exhibit "1" attached hereto. Nothing herein shall impair the Debtor's right to obtain a judicial determination as to any disputed unsecured claims.

SIGNED:

Signed on 11/20/2014

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

Prepared By:

*/s/ Arthur Ungerman*
Arthur Ungerman
State Bar No. 20391000
**Law Office of Arthur Ungerman**
12720 Hillcrest Road
Suite 625
Dallas, TX 75230
Telephone: (972) 239-9055
Facsimile: (972) 239-9886


Agreed To:

*/s/ Ruth Yeager*
U.S. Attorneys Office
110 N College St Suite 700
Tyler, TX 75702-0000


*/s/      Andrew Baka*
US Small Business Administration
4300 Amon Carter Blvd. Ste. 114
Ft. Worth, TX 76155-2652

Page 2

| CREDITOR | CLAIM | PAYMENT | % |
|---|---|---|---|
| **Administrative** | | | |
| US Trustee | $ 325.00 | $ 325.00 | 100% |
| | | | |
| **Priority** | | | |
| City of Jonesboro | $ 4,037.42 | $ 4,037.42 | 100% |
| Dept. of Finance | $ 28,236.86 | $ 28,236.86 | 100% |
| IRS | $ 907.96 | $ 907.96 | 100% |
| Arkansas Dept of Finance | $ 14,429.62 | $ 14,429.62 | 100% |
| Royal Cup | $ 327.25 | $ 327.25 | 100% |
| | $ 47,939.11 | $ 47,939.11 | 100% |
| | | | |
| **SUBTOTAL ADMIN/PRIORITY** | $ 48,264.11 | 100% | 100% |
| | | | |
| **REMAINING BALANCE** | $ 251,735.89 | | |
| **SUBTOTAL SBA AND UNSECURED** | $345,861.27 | | |
| **% Available to SBA & Unsecured** | | | 72% |
| | | | |
| **SBA** | **$ 289,177.00** | **$210,231.68** | 72% |
| | | | |
| **Unsecured Creditors** | | | |
| IRS | $2,353.58 | $1,711.05 | 72% |
| A-1 Landscaping | $200.00 | $145.40 | 72% |
| American Hotel Register Company | $554.47 | $403.10 | 72% |
| Arkansas Department of Labor | $100.00 | $72.70 | 72% |
| AT& T Global Network Services, LLC | $2,599.90 | $1,890.13 | 72% |
| Business Speciality Insurance Services | $6,998.32 | $5,087.78 | 72% |
| Centerpoint Energy | $1,249.74 | $908.56 | 72% |
| Cincinnati Systems/Mid-States | $580.00 | $421.66 | 72% |
| City Water & Lights | $4,383.54 | $3,186.83 | 72% |
| Creative Business Audio | $148.00 | $107.60 | 72% |
| Department of Finance and Administra | $2,134.69 | $1,551.92 | 72% |
| Ecolab | $142.18 | $103.36 | 72% |
| Ecolab Pest Elimination Division | $806.64 | $586.43 | 72% |
| G&K Jonesboro | $365.22 | $265.51 | 72% |
| HelmsBriscoe USA Corporate | $620.00 | $450.74 | 72% |
| Interstate Publishers | $600.00 | $436.20 | 72% |
| Jonesboro Sun | $0.49 | $0.36 | 72% |
| Kroger | $1,105.84 | $803.95 | 72% |
| Lamar Companies | $16,193.00 | $11,772.31 | 72% *** |
| Marck Recycling & Waste -NE Arkansas | $520.62 | $378.49 | 72% |
| NEA Baptist Clinic Wellness Center | $80.00 | $58.16 | 72% |
| Onity | $5.74 | $4.17 | 72% |
| Premium Refreshment Service | $62.71 | $45.59 | 72% |
| Ritter Communications, Inc. | $2,787.66 | $2,026.63 | 72% |
| Royal Cup Coffee | $1,939.84 | $1,410.26 | 72% |
| Scent Air | $150.00 | $109.05 | 72% |

| | | | |
|---|---:|---:|---:|
| Suddenlink Business | $417.40 | $303.45 | 72% |
| Sysco | $1,126.23 | $818.77 | 72% |
| Sysco Guest Supply | $348.92 | $253.66 | 72% |
| The Sherwin-Williams Co. | $532.30 | $386.98 | 72% |
| Thyssenkrup Elevator | $1,580.43 | $1,148.97 | 72% |
| US Foodservice | $5,732.26 | $4,167.35 | 72% |
| USA Today | $264.55 | $192.33 | 72% |
| **Total Unsecured Creditors** | **$56,684.27** | $ 41,209.46 | 72% |
| | | | |

***Escrowed until resolved*** Any proceeds remaining will be distributed pro rata to creditors